UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GOLDY THOMPSON,**

      **Plaintiff,**    :

v.

      **Case No. 2:25-cv-660**
      **Chief Judge Sarah D. Morrison**
      **Magistrate Judge Kimberly A. Jolson**

**ANNETTE CHAMBERS-SMITH,** *et al.***,**    :

      **Defendants.**

## ORDER

Plaintiff Goldy Thompson is an Ohio inmate proceeding without assistance of counsel. (ECF No. 5.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge issued a Report and Recommendation recommending that the Court permit Mr. Thompson to proceed on his First Amendment retaliation claim against Defendants Napier and Strausbaugh, and that the Court dismiss his remaining claims. (ECF No. 6.)

The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 6). Mr. Thompson may proceed on his First Amendment retaliation claim for against Defendants Napier and Strausbaugh. The balance of his claims are **DISMISSED**.

    **IT IS SO ORDERED.**

                             /s/ Sarah D. Morrison
                             **SARAH D. MORRISON, CHIEF JUDGE**
                             **UNITED STATES DISTRICT COURT**